# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Marvin Goldston, Jr.

V.                                    **JUDGMENT IN A CIVIL CASE**

Randall Torezz and Unknown Psychiatrist

CASE NUMBER:    11cv1904-BTM(MDD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is Dismissed without prejudice for all the reasons set forth in the Court's December 29, 2011 Order and for failing to comply with the Court's December 29, 2011 Order.

| February 29, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON February 29, 2012 |

11cv1904-BTM(MDD)